FILED
2021 Oct-15  AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | } | |
| Plaintiff, | } | |
| | } | Case No. 2:12-cv-2716-KOB |
| v. | } | |
| STERIS INSTRUMENT MANAGEMENT SERVICES, INC., | } | |
| Defendant. | } | |

## RECUSAL ORDER

The undersigned hereby recuses herself from further participation in the above-styled action. The clerk is DIRECTED to reassign this case to another judge in accordance with the Clerk's normal procedure.

DONE and ORDERED this the 15th day of October, 2021.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE